UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kristina Abbey v. Bayer HealthCare Pharmaceuticals, et al.* | No. 10-cv-13825-DRH |
| *Irene Adams v. Bayer HealthCare Pharmaceuticals, et al.* | No. 12-cv-20118-DRH |
| *Amy Anderson v. Bayer HealthCare Pharmaceuticals, et al.* | No. 09-cv-10115-DRH |
| *Caroline Berger v. Bayer HealthCare Pharmaceuticals, et al.* | No. 10-cv-10790-DRH |
| *Diane Brent v. Bayer HealthCare Pharmaceuticals, et al.* | No. 12-cv-10006-DRH |
| *Laura Decker v. Bayer HealthCare Pharmaceuticals, et al.* | No. 10-cv-10858-DRH |
| *Linda Dressman v. Bayer HealthCare Pharmaceuticals, et al.* | No. 09-cv-20127-DRH |
| *Tammy Hobbs v. Bayer HealthCare Pharmaceuticals, et al.* | No. 09-cv-20131-DRH |
| *Heather Lieungh v. Bayer HealthCare Pharmaceuticals, et al.* | No. 09-cv-20130-DRH |
| *Denise Mitterando v. Bayer HealthCare Pharmaceuticals, et al.* | No. 10-cv-13826-DRH |
| *Kara Neer v. Bayer HealthCare Pharmaceuticals, et al.* | No. 09-cv-20128-DRH |
| *Amy Pease v. Bayer HealthCare Pharmaceuticals, et al.* | No. 09-cv-20133-DRH |

| | |
|---|---|
| *Andrea Renier v. Bayer HealthCare Pharmaceuticals, et al.* | No. 10-cv-13323-DRH |
| *Lauren Smanik v. Bayer Schering Pharma AG, et al.* | No. 10-cv-20367-DRH |
| *Sara Talley v. Bayer HealthCare Pharmaceuticals, et al.* | No. 10-cv-10860-DRH |
| *Aisha Traylor v. Bayer HealthCare Pharmaceuticals, et al.* | No. 09-cv-20070-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 16, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

> JUSTINE FLANAGAN,
> ACTING CLERK OF COURT
>
> BY:  /s/*Caitlin Fischer*
> Deputy Clerk

**Dated:** May 21, 2014

Digitally signed by David R. Herndon
Date: 2014.05.21 11:06:16 -05'00'

**APPROVED:**
  **CHIEF JUDGE**
  **U. S. DISTRICT COURT**

2